# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139848(26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ROGER L. LYLE,
　　　　Defendant-Appellant.

SC: 139848
COA: 291892
Saginaw CC: 76-000293-FY

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's May 25, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk

d0719